OPINION — AG — ** NEPOTISM — UNADOPTED CHILD ** UNDER THE NEPOTISM STATUTES, THE THIRD DEGREE AFFINITY DOES 'NOT' INCLUDE THE UNADOPTED STEP-CHILD OF A BROTHER. (STEP CHILD, UNADOPTED, EMPLOYMENT, CONSANGUINITY) CITE: 21 O.S. 481 [21-481], 70 O.S. 5.133.1 [70-5.133.1] OPINION NO. 75-280, OPINION NO. 78-163, OPINION NO. 80-222, OPINION NO. NOVEMBER 14, 1934 — SEYMOUR, OPINION NO. APRIL 14, 1932 — OLDHAM (RHONDA KLEIN SINGER)